UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 0:20-cv-60499-RKA

DOUG LONGHINI,

    Plaintiff,
v.

UNIVERSITY PINES, LLC and SUBS
AND BURGERS, INC., d/b/a MIAMI
GRILL,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES

Plaintiff, DOUG LONGHINI, by and through undersigned counsel, hereby files his Unopposed Motion for Extension of Time to file a Motion to Strike Defendant, UNIVERSITY PINES, LLC, Affirmative defenses [D.E. 6] and in support states as follows:

1.    Plaintiff filed his Complaint on March 6, 2019 [D.E. 1].

2.    On March 18, 2020, Defendant, UNIVERSITY PINES, LLC, filed its Answer and Affirmative Defenses [D.E. 6].

3.    In light of the current national emergency caused by COVID-19 and the various governmental and health organizations calls for social distancing, Plaintiff is requesting an extension of time of fourteen (14) days to file a motion to strike.

4.    As the Southern District of Florida's March 18, 2020 Administrative Order 2020-20 acknowledges, "due to the continued spread of COVID-19, President Trump has declared a national emergency and issued guidelines directing at-risk individuals, including those 60 and older, to stay home and to distance themselves from others, encouraging everyone to work from home whenever possible, to avoid discretionary travel" and that the CDC "and other health

authorities have advised that precautions be taken to reduce the possibility of exposure to the COVID-19 virus and to slow the spread of the disease," which includes keeping physical distance away from others to the extent possible.

5. Plaintiff reached out to the Defendant's counsel, John Campbell, regarding the affirmative defenses and the Defendant requested additional time to review and confer with Plaintiff. Defendant's counsel explained that he would like to discuss the affirmative defenses with his expert and would need additional time to do so.

6. Plaintiff believes that the additional time will allow the parties to have a meaningful and productive conferral, and possibly resolve the issue without Court intervention or additional motion practice.

7. The Plaintiff assures the Court that this extension is requested in good faith and will continue progressing the case.

8. Defendant does not oppose the relief sought herein.

**SUPPORTING MEMORANDUM OF LEGAL AUTHORITY**

"A district court retains the inherent authority to manage its own docket," which will be reviewed only for an abuse of discretion. *See, e.g., Wilson v. Farley*, 203 Fed.Appx. 239, 250 (11th Cir. 2006) (*citing Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr S.A.,* 377 F.3d 1164, 1172 n. 7 (11th Cir.2004)). The decision whether to amend the Order is subject to the Court's "inherent authority [and discretion] to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Prop., Inc. v. Fla. Mowing And Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (citing *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43, 111 S.Ct. 2123, 2132, 115 L.Ed.2d 27 (1991)).

In light of the current national emergency caused by COVID-19 and the various governmental and health organizations calls for social distancing, Plaintiff is requesting an

extension of time of fourteen (14) days to file a motion to strike. As the Southern District of Florida's March 18, 2020 Administrative Order 2020-20 acknowledges, "due to the continued spread of COVID-19, President Trump has declared a national emergency and issued guidelines directing at-risk individuals, including those 60 and older, to stay home and to distance themselves from others, encouraging everyone to work from home whenever possible, to avoid discretionary travel" and that the CDC "and other health authorities have advised that precautions be taken to reduce the possibility of exposure to the COVID-19 virus and to slow the spread of the disease," which includes keeping physical distance away from others to the extent possible.

Plaintiff reached out to the Defendant's counsel, John Campbell, regarding the affirmative defenses and the Defendant requested additional time to review and confer with Plaintiff. Defendant's counsel explained that he would like to discuss the affirmative defenses with his expert and would need additional time to do so. Plaintiff believes that the additional time will allow the parties to have a meaningful and productive conferral, and possibly resolve the issue without Court intervention or additional motion practice.  The Plaintiff assures the Court that this extension is requested in good faith and will continue progressing the case. Defendant does not oppose the relief sought herein. WHEREFORE, the Plaintiff respectfully request that the Court grant an extension to File a Motion to Strike Affirmative Defenses.

Dated: April 2, 2020

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL  33155
Telephone: (305) 553-3464

Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com
dunn@lawgmp.com


By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ
    Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 2, 2020.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL  33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com
dunn@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ
    Florida Bar No.: 535451